# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                              NO. 2021 KW 1075

VERSUS

ROBERT LAVAR JENKINS                                      **DECEMBER 21, 2021**

---

In Re:     Robert Lavar Jenkins, applying for supervisory writs,
           22nd Judicial District Court, Parish of St. Tammany,
           No. 483,740.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

    **WRIT DENIED.**

                              **JEW**
                              **MRT**

    **McClendon, J.,** dissents and would not consider the writ
application.  There is no documentation showing that counsel
timely requested a return date, and the Order attached to the
Notice of Intent is not signed by the district court judge.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT